UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATHLEEN FICHTNER,

    Plaintiff,

v.                                                  Case No: 5:19-cv-446-Oc-30PRL

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

## ORDER

Before the Court is the parties' joint motion to conduct the case management conference telephonically. (Doc. 11). Upon due consideration, the parties' motion is **GRANTED**. The parties are advised that if they fail to reach an agreement on the matters telephonically, they should expect that the Court will schedule an in-person hearing to resolve any disputes.

**DONE** and **ORDERED** in Ocala, Florida on October 28, 2019.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties